UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

GREGORY FERGUSON,
                            Plaintiff,
      vs                                              9:09-CV-549

COLE,[1] Correctional Officer, Auburn
Correctional Facility,
                            Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

WESELY WILLIAMS
Plaintiff, Pro Se
05-A-1183
Coxsackie Correctional Facility
Box 999
Coxsackie, NY 12051

HON. ANDREW M. CUOMO            ADRIENNE J. KERWIN, ESQ.
Attorney General of the
  State of New York                     Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff, Gregory Ferguson, commenced this civil rights action in May 2009,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated January 24, 2011, the

Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the

---

      [1]  The correct spelling of this defendant's name is "Jody Kowal."  The Court will refer to him as such.
Dkt. No. 12 at p. 2; Dkt. No. 16 at p. 3.

defendant's motion for summary judgment (Docket No. 21) be granted and that the entire case be dismissed. The plaintiff has filed objections to the report-recommendation.

Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendant's motion for summary judgment (Docket No. 21) is GRANTED;

2. Plaintiff's complaint in the above matter is DISMISSED in all respects; and

3. The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   February 10. 2011
         Utica, New York.

_____
United States District Judge